UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
DOUGLAS PERRY,                           :
                                         :
               Plaintiff,           :   Case No.: 1:20-cv-08696
                                         :
   v.                                    :
                                         :
BMC STOCK HOLDINGS, INC., JAMES          :
O'LEARY, DAVE FLITMAN, MARK              :
ALEXANDER, CHEEMIN BO-LINN,              :
CORY J. BOYDSTON, HENRY                  :
BUCKLEY, DAVID BULLOCK, DAVID L.         :
KELTNER, MICHAEL MILLER, and             :
CARL R. VERTUCA JR.,                     :
                                         :
               Defendants.          :
----------------------------------------- X

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses his claims in the above-captioned action against Defendants as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: November 20, 2020            Respectfully submitted,

                                                    **MONTEVERDE & ASSOCIATES PC**

                                                    */s/Juan E. Monteverde*
                                                    Juan E. Monteverde (JM-8169)
                                                    The Empire State Building
                                                    350 Fifth Avenue, Suite 4405
                                                    New York, New York 10118
                                                    Tel: 212-971-1341
                                                    Fax: 212-202-7880

                                                   *Attorney for Plaintiff*